## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **SAUL ROSEMAN, Ph.D.** | * | |
| **Plaintiff** | * | |
| **v** | * | **Civil Action No. CCB 02 CV 462** |
| **BIOPOLYMER ENGINEERING, INC.** | * | |
| **Defendant** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## AFFIDAVIT

I, Charles F. Morgan, being over the age of 18, and competent to testify to the matters herein, state as follows:

1.      I am counsel for the Plaintiff, Saul Roseman, Ph.D. ("Roseman").

2.      The Settlement Agreement and Mutual Release (the "Agreement") dated March 1, 2003, by and between Roseman and Biopolymer Engineering, Inc., Defendant ("BEI") provides that BEI shall pay Roseman on or before June 1, 2003, a certain sum of money, and that the failure of BEI to make payment of that sum either in whole or in part on or before June 1, 2003, shall constitute good cause within the meaning of Local Rule 111 to reopen the case.

3.      I hereby certify that BEI has failed to make the payment provided for in the Agreement either in whole or in part.

4.      I believe therefore that good cause has been shown pursuant to the Agreement and under Local Rule 111 to reopen this action.

I hereby declare and affirm under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Charles F. Morgan

STATE OF MARYLAND
COUNTY OF *HARFORD*

On this __13th__ day of June, 2003, before me personally appeared Charles F. Morgan, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My commission expires _____

My Commission Expires
November 1, 2004