IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SAUL ROSEMAN, Ph.D.

    Plaintiff          \*

v                               Civil Action No. CCB 02-CV 462

BIOPOLYMER ENGINEERING, INC.

    Defendant

\*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of the Plaintiff's Motion to Reopen Pursuant to Local Rule 111, and Defendant's response thereto, if any, good cause having been shown, it is this 3rd day of July, 2003, hereby ORDERED that this action be and hereby is reopened.

_____/s/_____ CCB
United States District Judge