IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SAUL ROSEMAN, Ph.D.            *

    Plaintiff            *

v                              *   Civil Action No. CCB 02 CV 462

BIOPOLYMER ENGINEERING, INC.   *

    Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Saul Roseman, Ph.D., Plaintiff, and Biopolymer Engineering, Inc., Deendant, by their undersigned counsel, hereby stipulate and agree that the above-captioned action is dismissed.

_____        _____
Charles F. Morgan (Fed. Bar No. 00436)   George R. Serdar (Federal Bar No. 99259)
Hodes, Ulman, Pessin & Katz, P.A.        Messerli & Kramer
901 Dulaney Valley Road, Suite 400       1800 Fifth Street Towers, 150 S. Fifth Street
Towson, Maryland 21204                   Minneapolis, MN 55402
(410) 938-8800/ Fax: (410) 938-8806      (612) 672-3600/Fax: (612) 672-3777
Attorney for Plaintiff                   Attorney for Defendant